EMMA HEYMAN, Appellant, v. SIDNEY W. HEYMAN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN PEDRO PIRES, by His Guardian ad Litem, MARTIN COSTA, Appellant, v. RECORD TRANSPORTATION COMPANY, INC., and Another, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CLAUDIUS ST. CLAIR SPRINGER, Respondent, v. IDA LOUISE SPRINGER, Appellant.— Order unanimously modified by allowing counsel fee of forty dollars, payable in two installments, one-half within twenty days after service of order, and the other half on the day the case appears on the day calendar, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J.. Townley, Dore, Cohn and Callahan, JJ.

SNAP LITE CORPORATION and WILLIAM KOBRIN, Respondents, v. STEWART WARNER CORPORATION and Others, Defendants, Impleaded with ALEMITE CORPORATION, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JAMES PAVLOUNIS, Individually and as Guardian ad Litem of NICHOLAS PAVLOUNIS, Respondent, v. PETERSON'S GARAGE, INC., and Another, Defendants, Impleaded with 106 WEST END GARAGE, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion denied in toto as to defendant 106 West End Garage, Inc. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

PHINEAS S. SCHEY and Others, Respondents, v. MAXWELL M. BILOFSKY and Others, Defendants, Impleaded with DURO-TEST CORPORATION and Others, Appellants.— Order, so far as appealed from, unanimously modified by granting only items 1, 6, 9, 18 (but limited to a general account of the work, etc.), 19, 31, 32, 37, 50, 54, 55, 59, 60, 62, 63, 67, 68, 72, 80, 82, 84 and 87, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EDWARD P. DENKMAN v. LILLIAN P. DENKMAN, Also Known as LILLIAN P. CONWELL, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

RITA FISHMAN, Individually, and as Assignee of MELVIN FISHMAN, and Others v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs; motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.